1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **HARDEEP SINGH,** | ) | **CV F 02-5166 AWI WMW HC** |
| | ) | |
| **Petitioner,** | ) | **FINDINGS AND** |
| | ) | **RECOMMENDATIONS RE** |
| **vs.** | ) | **DISMISSAL OF PETITION AS** |
| | ) | **MOOT** |
| **IMMIGRATION AND** | ) | |
| **NATURALIZATION SERVICE** | ) | |
| | ) | |
| **Respondent**. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

This case has a lengthy procedural history, which is set forth in the court's prior orders. The most important points are that Petitioner has been released from custody, the court denied Respondent's motion to dismiss for mootness based on Petitioner's release in its order of March 31, 2003, and the court denied Petitioner's motion to vacate the bond requirement in its order of May 29, 2003.

In denying Respondent's motion to dismiss for mootness on March 31, 2003, the court relied on the existence of the bond as a collateral consequence imposed on Petitioner. However, the court subsequently denied Petitioner's motion to vacate the bond requirement. Therefore, it appears that this petition has  become moot, because no further relief can be granted to Petitioner.

Based on the foregoing, IT IS HEREBY RECOMMENDED that this petition for writ of habeas corpus be DISMISSED AS MOOT.

These Findings and Recommendation are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    January 3, 2007**          **/s/  William M. Wunderlich**
mmkd34                                            UNITED STATES MAGISTRATE JUDGE