1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

HARDEEP SINGH,                        )   1:02-cv-05166-AWI WMW HC
                                      )
        Petitioner,                   )   ORDER GRANTING MOTION
                                      )   FOR EXTENSION OF TIME
        vs.                           )
                                      )   [Doc. 44]
                                      )
IMMIGRATION AND                       )
NATURALIZATION SERVICE,               )
                                      )
        Respondent.                   )
                                      )
                                      )
_____       )

        On January 31, 2007, the parties to this action filed a stipulation that Petitioner's

counsel could have an extension of time to file objections to the findings and

recommendations entered January 3, 2007.  Good cause appearing, Petitioner is HEREBY

1    GRANTED an extension of time until March 7, 2007, to file his objections.

2

3

4

5    IT IS SO ORDERED.

6    **Dated:    February 15, 2007            /s/  William M. Wunderlich**
     bl0dc4                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2