IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HARDEEP SINGH,** | ) | **1:02-cv-05166-AWI WMW HC** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs**. | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| | ) | **RECOMMENDATIONS RE** |
| **IMMIGRATION AND** | ) | **DISMISSAL OF PETITION** |
| **NATURALIZATION SERVICE,** | ) | |
| | ) | |
| **Respondent.** | ) | [Doc. 42] |
| | ) | |
| _____ | ) | |

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 3, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. After obtaining an extension of time, on March 2, 2007, Petitioner filed a notice that

he would not object to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Petitioner agrees that the issue in this petition is now moot because the bond has been repaid.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on January 3, 2007, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed as moot;
3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   April 11, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE